**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Amy Y. Mundinger,  ) | No. CV-10-2774-PHX-FJM |
|  ) | |
| Plaintiff,  ) | **ORDER** |
|  ) | |
| vs.  ) | |
|  ) | |
| Wells Fargo Bank, et al.,  ) | |
|  ) | |
| Defendants.  ) | |
|  ) | |

The court has before it defendants' motion to dismiss (doc. 6). On February 1, 2011, plaintiff filed a first amended complaint within the time allowed by Rule 15(a)(1)(B), Fed. R. Civ. P. Accordingly, **IT IS ORDERED DENYING** defendants' motion to dismiss as moot (doc. 6).

DATED this 2nd day of February, 2011.

_Frederick J. Martone_
Frederick J. Martone
United States District Judge